In the Matter of MORTGAGE CORPORATION OF NEW YORK, as Trustee, Respondent; MARIE OHLBAUM et al., Appellants.

Argued October 8, 1942; decided November 25, 1942.

*Alexander E. Rosenthal, Irving Segal, Mordecai Goldberg* and *Arnold Gross* for appellants.

*Clarence A. Meeker* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.